[No. 40029.    Department One.    September 12, 1968.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER PATRICK FINLEY, *Appellant.*†

*Fred Floch*, for appellant (appointed counsel for appeal).

*James R. Thomas* and *R. E. Young*, for respondent.

PER CURIAM—Defendant appeals from his conviction of the crime of taking a motor vehicle without permission under RCW 9.54.020. We have carefully examined the record on appeal and find defendant's four assignments of error to be without merit.

The judgment of the trial court is affirmed.